IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02526-RBJ-MEH

GEORGE ROUSE,

    Plaintiff,

v.

NCC BUSINESS SERVICES, INC., a Florida corporation,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 23rd day of December, 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
United States District Judge